UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD LOSETH,  VALKYRIE CONSTRUCTION, LLC, DAVE SWANSON, and COLLEEN SWANSON,<br><br>Defendants. | 5:23-CV-05059-CCT<br><br><br>**JUDGMENT OF DISMISSAL** |

Based on the Order Granting Plaintiff's Motion for Summary Judgment and Declaratory Judgment and the reasons contained therein, it is

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits under Rules 54 and 58 of the Rules of Civil Procedure with judgment against Defendants and for Plaintiff hereby entering.

Dated March 6, 2025.

BY THE COURT:

/s/ *Camela C. Theeler*
CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE